Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett, Esq. (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRETTYLITTLETHING.COM USA, INC., *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-01652-FMO-PLA <br> <u>Hon. Fernando M. Olguin Presiding</u> <br><br> **NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

PLEASE TAKE NOTICE that a settlement to resolve all claims at issue in the action has been reached.

Plaintiff anticipates the filing of a Notice of Dismissal of the Action within thirty days (30) with each of the parties paying their own attorneys' fees and costs. In the interim, Plaintiff respectfully requests that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Date: September 26, 2022  By:  /s/ *Trevor W. Barrett*
Stephen M. Doniger, Esq.
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff