Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KLAUBER BROTHERS, INC., | Case No.: 2:22-cv-01652-FMO-PLA |
|---|---|
| Plaintiff, | <u>Hon. Fernando M. Olguin Presiding</u> |
| vs. | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| PRETTYLITTLETHING.COM USA, INC., *et al.*, | ***[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]*** |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Klauber Brothers, Inc. on the one hand, and Defendant PrettyLittleThing.com USA, Inc., on the other, hereby STIPULATE as follows:

1. This action is hereby dismissed with prejudice;
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO STIPULATED.

Respectfully submitted,

Dated: December 2, 2022   By:   /s/ Trevor W. Barrett
Scott A. Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

Dated:  December 2, 2022   By:   /s/ Lindsay Mitchell Henner
Lindsay Mitchell Henner, Esq.
Troutman Pepper
Attorneys for Defendants

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.